UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CLINTON BRINSON,                )
                                )
            Plaintiff,           )
                                )    **JUDGMENT IN A**
v.                              )    **CIVIL CASE**
                                )    **CASE NO. 5:22-CV-197-D**
FRED SMITH COMPANY,             )
                                )
                                )
                                )
            Defendant.           )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES as moot defendant's motion to dismiss plaintiff's complaint [D.E. 16], DISMISSES as moot defendant's motions to strike [D.E. 23, 25, 29, 37], GRANTS defendant's motion to dismiss plaintiff's second amended complaint [D.E. 34], and DISMISSES WITHOUT PREJUDICE plaintiff's second amended complaint [D.E. 33].

**This Judgment Filed and Entered on March 23, 2023, and Copies To:**

| | |
|---|---|
| Dalton Blair Green | (via CM/ECF electronic notification) |
| Clinton Brinson | (via US Mail to 3520 Maitland Dr., Raleigh, NC 27610) |

DATE: March 23, 2023                          PETER A. MOORE, JR., CLERK

                                              (By)  /s/ Stephanie Mann
                                              Deputy Clerk